1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     LLOYD WHITE,                        No. 2:14-CV-0103-JAM-CMK-P

12                     Petitioner,

13            vs.                          <u>ORDER</u>

14     UNKNOWN,

15                     Respondent.

16     _____/

17            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18     habeas corpus pursuant to 28 U.S.C. § 2254.

19            Petitioner has not filed a complete application to proceed in forma pauperis, along

20     with a "certification from the warden or other appropriate officer of the place of confinement

21     showing the amount of money or securities that the petitioner has in any account in the

22     institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases, or

23     paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner will be provided the

24     opportunity to submit either a completed application to proceed in forma pauperis, with the

25     required certification, or pay the appropriate filing fee.  As to the certification requirement, while

26     a copy of petitioner's prison trust account statement certified by prison officials is not required to

                                          1

1  satisfy the requirement, such a statement will suffice.  Petitioner is warned that failure to comply

2  with this order may result in the dismissal of this action for lack of prosecution and failure to

3  comply with court rules and orders.  <u>See</u> Local Rule 110.

4          Turning to the petition, Rule 2(c) of the Federal Rules Governing Section 2254

5  Cases requires that every habeas corpus petition must: (1) specify all the grounds for relief;

6  (2) state the facts supporting each ground for relief; (3) state the relief requested; (4) be printed,

7  typewritten, or legibly handwritten; and (5) be signed under penalty of perjury.  In the instant

8  case, the operative pleading on file fails to meet any of these requirements.  Petitioner will be

9  provided an opportunity to file an amended petition which satisfies Rule 2(c).  Petitioner is

10  warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local

11  Rule 110.

12          In filing an amended petition, petitioner should also be aware of the requirement

13  to name the proper respondent.  "A petitioner for habeas corpus relief must name the state officer

14  having custody of him or her as the respondent to the petition."  <u>Stanley v. California Supreme</u>

15  <u>Court</u>, 21 F.3d 359, 360 (9th Cir. 1994); <u>see also</u> Rule 2(a), Federal Rules Governing Section

16  2254 Cases.

17          Finally, petitioner seeks the appointment of counsel.  There currently exists no

18  absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d

19  453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

20  any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing

21  § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

22  served by the appointment of counsel at the present time.

23  / / /

24  / / /

25  / / /

26  / / /

Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner's motion for appointment of counsel (Doc. 3) is denied  without prejudice to renewal, at the earliest, after a response to the petition has been filed;

2.     Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the certification required by Rule 3(a)(2), or pay the appropriate filing fee

3.     Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with leave to amend;

4.     Petitioner shall file an amended petition on the form employed by this court, and which satisfies the requirements of Rule 2(c) of the Federal Rules Governing Section 2254 Cases, within 30 days of the date of this order;

5.     The Clerk of the Court is directed to send petitioner the court's form habeas corpus application; and

6.     The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  February 24, 2014

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE